IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christan Elisabeth Helton,                                        Case No. 3:13 CV 00941

                                    Plaintiff,                    O R D E R

                    -vs-                                          JUDGE JACK ZOUHARY

Carolyn W. Colvin, Acting Commissioner
of Social Security,
                                    Defendant.

        This Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge

filed November 25, 2013 (Doc. 14).  The R&R recommends that the decision of the Commissioner

should be affirmed (Doc. 19 at 19).

        Under the relevant statute, 28 U.S.C. § 636(b)(1):

        Within fourteen days after being served with a copy, any party may serve and file
        written objections to such proposed findings and recommendations as provided by
        rules of court.  A judge of the court shall make a de novo determination of those
        portions of the report or specified proposed findings or recommendations to which
        objection is made.

        The failure to file objections within the time frame set forth in the statute constitutes a waiver

of *de novo* review by the district court.  *See United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir.

2005); *Thomas v. Arn*, 474 U.S. 140 (1985).

The two week deadline for filing objections passed on December 9, 2013.  No objections have been filed.  The R&R, which accurately states the facts and law, is adopted in its entirety. Accordingly, the Commissioner's final decision is affirmed.

IT IS SO ORDERED.

_s/ Jack Zouhary_
JACK ZOUHARY
U. S. DISTRICT JUDGE

December 16, 2013

2